PD-1070-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 17 2015
Abel Acosta, Clerk (1)

0-14-00604-CR

IN The COURT of CRiMiNAl AppEAls of TExAs

MURdER

TRiAl couRt cASE NUMbER: ) (ON DiscRETiONARY REViEW
F-1257841-R                   With PETiTiON

COURT of AppEals NumbER: ) (FRom
05-14-00604-CR

NOW AppEllANT, pRO SE  ) (The Fifth DisTRicT COURT
ALAN LEE WASHINGTON  )

                V.        ) (of AppEAls
The STATE of TExAs    ) (

FILED IN
COURT OF CRIMINAL APPEALS
AUG 18 2015
Abel Acosta, Clerk

MOTiON foR ExTENSiON Of TiME To filE DiscRETiONARY
            REViEW With PETiTiON TRAP 68.2 (c)

NOW COMES ALAN LEE WASHINGTON, AppellANT pRO SE iN the AbOVE ENTiTlEd ANd NUMbERED CAUSE, ANd iN sUppORT of This MOTiON foR ExTENsiON of TimE to filE DiscRETiONARY REViEW With PETiTiON WOUld REspEcTfully show the COURT AS follows:

ON July 10, 2015 the 5th COURT of AppEals concluded ThAT ThERE iS NO ERROR iN The judgmENT of The 265th Judicial DisTRicT COURT, So The TRial COURTS judgmENT WAS AffiRMEd.

Do To TimE CONSTRAiNTS CREATEd AS A REsUlt of ThE TRAP. 68.2 (TimE To filE PETiTiON), ANd As a AppEllANT uNdER pRO SE'S LAck of uNdERsTANdiNG, A 30 dAY TimE fRAm tU submit A PETiTiON will bE to shoRT of TimE foR This AppEllANT uNdER PRO SE to Accomplish OR uNdERSTANd how to Accomplish A

PETITION, to be understood, this Appellants point of view Requested. The Petition time To file should be no sooner Than August 10, 2015.

The Length of the extension of Time sought is 60 days, The 5th court of Appeals has Judgment of opinion That has been brought Along with. Argument of Authority and CROSS REFERENCE CASES. SO CURRENTLY INCARCERATED IN This TDCJ-CID Coffield unit and proceeding in a pro-se Status with This court, being indigent (Appellant under pro se can not Afford A Lawyer to Represent This cause Listed above).

The TDCJ unit LAW Library only Allows up to 10-15 hours per Week for Research to Reply with TRAP 10.5(b)(3)(a).

Is a Request for date of every motion for Rehearing or En banc Reconsideration was filed and either the date and nature of the court of Appeals Ruling on the motion, or That it Remains pending. Appellant under pro se never had Any Corespondent information given from Lawyer That Rep. on direct Appeal. Only got brief of Lawyer and brief of State Last 5th court of Appeal Affirmed opinion, were The Lawyer of the cover sheet Letter told Appellant About P.D.R. but no Assistance of what a discretionary Review is, nothing About 30 day time Limit, or address or name of court where A P.D.R. Takes place for file.

Appellant pro se Request An Additional Sixty (60) days for The preparation of discretionary Review with petition. The Request is made not for the purpose of delay but only for justice may be done.

## PRAYER

Appellant pro se prays that this Honorable court would grant this motion and give this Appellant under pro se 60 days from time court takes hearing on motion.

## INMATE DECLARATION

I, ALAN LEE WASHINGTON, being currently incarcerated in the T.D.C.J at the H.H. Coffield unit in Tennessee Colony Anderson County, Texas. declares under the penalty of perjury that the foregoing statements are true and correct to this Appellant under pro se's knowledge.

EXECUTED on this 4th day of August, 2015

Respectfully Submitted

ALAN LEE WASHINGTON
T.D.C.J-ID #1985581
H.H. Coffield Unit
2661 F.M. 2054
Tennessee Colony, Texas 75884